**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MICHAEL PITTMAN,**<br><br>**Defendant.** | **Case No. 24-cr-00296 (TSC)**<br><br>**Violations:**<br><br>**18 U.S.C. § 933(a)(3) (Conspiracy to Traffick Firearms)** |

## SUPERSEDING INFORMATION

## COUNT ONE

Beginning from on or about April 1, 2023, and continuing through at least on or about May 30, 2024, within the District of Columbia, **MICHAEL PITTMAN**, and co-conspirators not indicted herein, did knowingly and willfully combine, conspire, confederate, and agree with each other to traffic firearms by agreeing (1) to ship, transport, transfer, cause to be transported, or otherwise dispose of firearms to another person, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm that other person would constitute a felony and (2) to receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, knowing or having reasonable cause to believe that such receipt would constitute a felony.

(**Conspiracy to Commit Trafficking in Firearms**, in violation of Title 18, United States Code, Section 933(a)(3))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved

in or used in the knowing commission of the offense, including but not limited to twenty-two Smith & Wesson, Glock, Springfield, Taurus, Canik, and Walther firearms, ammunition in various calibers, firearm accessories and tools.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

EDWARD R. MARTIN, JR.
Interim United States Attorney
D.C. Bar No. 481866

*/s/ Cameron A. Tepfer*
Cameron A. Tepfer
D.C. Bar No. 1660476
Assistant United States Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20579